TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00692-CR

Glenn Morris Toerner, Jr., Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF JEFFERSON COUNTY, 252ND JUDICIAL DISTRICT

NO. 70566, HONORABLE LEONARD GIBLIN, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). The
appeal is dismissed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: May 29, 1998

Do Not Publish